UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brenda L. Robinette,

    Plaintiff,

v.

Quest Diagnostics,

    Defendant.

Case No. 2:15–cv–173

Judge Michael H. Watson

## ORDER

Magistrate Judge King issued an Order and a Report and Recommendation ("R&R") granting Defendant's motion for leave to file an answer *instanter* and recommending that Plaintiff's motion for default judgment, ECF No. 12, be denied. R&R 4, ECF No. 18. The R&R advised the parties of the right to object within fourteen days of the issuance thereof and warned the parties that a failure to object would amount to a waiver of the right to *de novo* review by the Undersigned and a waiver of the right to appeal the decision of the District Court. *Id.* at 4. The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R, and **DENIES** Plaintiff's motion for default judgment, ECF No. 12.

IT IS SO ORDERED.

                                              MICHAEL H. WATSON, JUDGE
                                              UNITED STATES DISTRICT COURT